**Order entered April 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00902-CR
### No. 05-20-00903-CR

### DANTONIO SENTELL HOOD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause Nos. F17-75151-I & F17-75066-I

### ORDER

Before the Court is appellant's March 30, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on April 30, 2021.

/s/    DENNISE GARCIA
       JUSTICE